UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STASON SUTTON,

                              Plaintiff,

              -against-

494 HUDSON LLC and SAN PANINO INC.,

                              Defendants.

1:25-cv-05825 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

        IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and

complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this

action.  In their discussions, the parties should consider whether plaintiff has satisfied the threshold

requirement of standing.  *See e.g.*, *Calcano v. Swarovski N. Am. Ltd.*, 36 F.4th 68, 77–78 (2d Cir.

2022); *Harty v. W. Point Realty, Inc.*, 28 F.4th 435, 443–44 (2d Cir. 2022).  To the extent the parties

are unable to settle the case themselves, they must also discuss whether further settlement discussions

through the district's court-annexed mediation program or before a magistrate judge would be

productive at this time.

        IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45)

days of service of the summons and complaint), the parties must submit a joint letter informing the

Court whether the parties have settled.  If the parties do not reach a settlement, the parties shall in the

joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement

conference (and indicate a preference between the two options), or (2) proceed with an initial status

conference.

Dated: July 17, 2025
        New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge