# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

March 13, 2026

Via ECF
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York

    **Re:**   *Stason Sutton v. 494 Hudson LLC and San Panino Inc.*

    **Docket No. 1:25-cv-05825 (JLR) (GS)**

Dear Judge Rochon:

We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to extend the deadline for an application to reopen from March 16, 2026 to April 16, 2026. This is the first application to extend the deadline and all parties consent.  The reason for this request is because the parties require the additional time to execute the settlement agreement and fulfill the condition precedent for filing a stipulation of dismissal.  Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

Request GRANTED.  The parties' deadline to reopen is extended to April 16, 2026.

Dated: March 16, 2026
    New York, New York

**SO ORDERED.**

_____
**JENNIFER L. ROCHON**
**United States District Judge**